UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| JOLIE L. O'NEIL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 15-13268-PBS/JCD |
| VERIZON NEW ENGLAND, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

DEIN, U.S.M.J.

On September 2, 2015, pro se plaintiff Jolie L. O'Neil initiated this action against Verizon Corporation. *See* Complaint, Docket No. 1. By Electronic Order dated November 10, 2015, plaintiff's motion to proceed *in forma pauperis* was granted and the clerk issued a summons for service of the defendant. *See* Docket. On December 15, 2015, this case was referred to the undersigned for full pretrial case management and report and recommendation on dispositive motions. *See* Docket No. 15.

Now before the Court is plaintiff's Notice of Motion seeking to have the defendant's name changed in this action from Verizon Corporation to "Verizon New England Inc." *See* Docket No. 21. Plaintiff seeks to have the summons reissued under the correct name. *Id.* In support, plaintiff explains that Verizon's registered agent would not accept service by the United States Marshals Service because the summons and complaint did not contain the legal name for Verizon as registered. *Id.*

Pursuant to Fed. R. Civ. P. 15(a)(1)(A), the plaintiff may amend her complaint once as a matter of course within 21 days after serving it.

ACCORDINGLY, it is ORDERED that plaintiff's Notice of Motion (Docket No. 21)

seeking to amend the name of the defendant is GRANTED.  The Clerk shall amend defendant's name to "Verizon New England Inc."  The time limit to effect service of the summons, complaint and this Order upon the defendant is enlarged to a date 90-days after the date of this Order.  The Clerk shall re-issue the summons for service of defendant Verizon New England Inc.  The plaintiff may elect to have service made by the United States Marshal Service. If directed by the plaintiff to do so, the United States Marshal shall serve the re-issued summons, complaint and this Order upon defendant Verizon New England Inc., in the manner directed by the plaintiff, with all costs of service to be advanced by the United States.

      SO ORDERED.

                                               /s/ Judith Gail Dein
                                              Judith Gail Dein
                                              United States Magistrate Judge

DATED: January 12, 2016